IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | **CR 05 104** ML |
| v. : | CR.No: |
| : | In violation of 21 U.S.C. |
| : | §§841(a)(1) and (b)(1)(C) |
| MATTHEW HART : | |

### INDICTMENT

The Grand Jury charges:

That on or about July 28, 2004, in the District of Rhode Island, the defendant, MATTHEW HART, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance.

In violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

FILED
SEP 2 1 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

_/s/ Zechariah Chafee_
ZECHARIAH CHAFEE
Assistant U.S. Attorney

_/s/ Gerard B. Sullivan_
GERARD B. SULLIVAN
Chief, Criminal Division
Date: 9-21-05