IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR 05 104 ML |
| | : | |
| v. | : | CR.No: |
| | : | In violation of 21 U.S.C. |
| | : | §§841(a)(1) and (b)(1)(C) |
| MATTHEW HART | : | |

**INDICTMENT**

The Grand Jury charges:

That on or about July 28, 2004, in the District of Rhode Island, the defendant, MATTHEW HART, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance.

In violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

FILED
SEP 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

Gerard B. Sullivan

GERARD B. SULLIVAN
Chief, Criminal Division

Date: 9-21-05