AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

USA
v.
Matthew Hunt

APPEARANCE

Case Number: CR 05-104 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Mr. Hunt

I certify that I am admitted to practice in this court.

9-26-05
Date

_Signature_

K. B. Fitzgerald
Print Name                                Bar Number

10 WEYBOSSET STREET
Address

PROVIDENCE          RI            02903
City                State         Zip Code

(401) 528-4281              (401) 528-4285
Phone Number                        Fax Number