# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

September 26, 2005

CR 05-104ML

TITLE: USA v. MATTHEW HART

MAGISTRATE JUDGE: David L. Martin

COURTROOM CLERK: Martha Saucier

---

COUNSEL PRESENT:

    Government: Z. Chafee

    Defendant: Kevin Fitzgerald

    Probation: Heather McLoughlin

************************************************************************
### Arraignment

All counsel of record present. Defendanst present. Probation present. Court informs defendants of charges. Court enters plea of not guilty on behalf of the defendant. Court enters arraignment orders. Court orders detention to continue pending further proceedings.