# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**September 26, 2005**

**CR 05-104ML**

**TITLE: USA v. MATTHEW HART**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Z. Chafee**

**Defendant: Kevin Fitzgerald**

**Probation: Heather McLoughlin**

**************************************************************************

**Arraignment**

**All counsel of record present. Defendanst present. Probation present. Court informs defendants of charges. Court enters plea of not guilty on behalf of the defendant. Court enters arraignment orders. Court orders detention to continue pending further proceedings.**